UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ROBERT WEGNER and BRANDEE WEGNER, a marital community,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>MIDLAND CREDIT MANAGEMENT, INC., a Kansas corporation,<br><br>　　　　　　　Defendant. | NO:  CV-12-5168-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulation of Dismissal, ECF No. 11. Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 11**, is **APPROVED**. Plaintiffs' Complaint is hereby dismissed **with prejudice** and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel, and **close** this case.

**DATED** this 2nd day of January 2014.

*s/ Rosanna Malouf Peterson*
ROSANNA MALOUF PETERSON
Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2